AO 245H (WDNC Rev. 4/04) Judgment in a Criminal Case for a Petty Offense (Short Form) Sheet1


**FILED**
ASHEVILLE, NC

SEP 24 2018

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

Clyde E. Locust

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:18po03

Fredilyn Sison
Defendant's Attorney

**THE DEFENDANT:**

- ☒ pleaded guilty to count(s) 1
- ☐ pleaded guilty to violation(s)
- ☐ pleaded not guilty to count(s)
- ☐ pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 36 CFR 2.1(a)(1)(ii) | Possess ginseng | 09/22/17 | 1 |

- ☐ Counts(s) (is)(are) dismissed on the motion of the United States.
- ☐ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- ☐ Found not guilty as to:

**IMPOSITION OF SENTENCE:**

That the defendant be imprisoned for 14 DAYS with credit for time served.

All monies STRICKEN

Date of Imposition of Sentence: 9/24/2018

Title of Signing Officer
United States District Court

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal